UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

IN RE:

Paul M. Storment, Jr.
310 East Washington
Belleville, IL 62220

an attorney,

Case Number:  20-mc-43-NJR

### **NOTICE**

A copy of an order of the Supreme Court of the State of Illinois, dated June 8, 2020, suspending you from the practice of law for one year, with suspension stayed after five months by a seven month period of probation effective June 8, 2020, has been received and filed in this Court. Pursuant to Southern District of Illinois Local Rule 83.3(c)(2),

IT IS ORDERED that you show cause, within **30 days** after service of this Notice, why the imposition of similar discipline by this Court, consisting of suspension from the practice of law in this Court until further order of the Court, would be unwarranted. If you fail to respond, this Court will impose similar discipline.

Dated: June 4, 2020

BY ORDER OF THE COURT

*(signature)*

MARGARET M. ROBERTIE
Clerk of the Court